# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Gustavo Leal Guerra,

V.

Cleanco Maintenance Corp., et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 12685 PBS**

TO: (Name and address of Defendant)

J.L.D. Cleaning Services, Inc.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Todd S. Heyman
Shapiro Haber & Urmy LLP
53 State Street
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  12-22-04

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | DECEMBER 28, 2004   AT 12:05 P.M. |
| NAME OF SERVER (PRINT) DAVID G. BEDUGNIS, SR. | TITLE | CONSTABLE/DISINTERESTED PERSON |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  BY GIVING SAID COPIES IN HAND TO DEBORHA J. HOLT, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS.  SAID SERVICE WAS MADE AT:  18 STUART STREET, WATERTOWN, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL    $15.00 | SERVICES    $30.00 | TOTAL   $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DEC 28 2004
　　　　　　　　Date

Signature of Server  CONSTABLE
% ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MA.  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.