# UNITED STATES DISTRICT COURT

District of  Massachusetts

Gustavo Leal Guerra,

SUMMONS IN A CIVIL ACTION

V.

Cleanco Maintenance Corp.,
et. al.,

CASE NUMBER:

TO: (Name and address of Defendant)

**04 12685 PBS**

Deborah J. Holt

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Todd S. Heyman
Shapiro Haber & Urmy LLP
53 State Street
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12-21-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>DECEMBER 28, 2004 AT 12:05 PM. |
| NAME OF SERVER (PRINT)<br>DAVID G. BEDUGNIS, SR. | TITLE<br>CONSTABLE/DISINTERESTED PERSON |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 18 STUART STREET, WATERTOWN, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15.00 | $30.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DEC 28 2004
           Date              Signature of Server   CONSTABLE
                     % ROSCOE, BEDUGNIS & ASSOCIATES
                     15 COURT SQUARE, SUITE 450, BOSTON, MA. 02108

                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.