# UNITED STATES DISTRICT COURT

District of  Massachusetts

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

GUSTAVO LEAL GUERRA,
Plaintiff

V.

CLEANCO MAINTENANCE CORP., J.L.D.
CLEANING SERVICES, INC., ROBERT
LEONE and DEBORAH LEONE,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 12685 PBS**

TO: (Name and address of Defendant)

J.L.D. Cleaning Services, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd S. Heyman, Esq.
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this ____ day of January, 2005

_____
Attorney for Defendant, J.L.D.
Cleaning Services, Inc.

1/14/2005

**CLERK**

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.