# UNITED STATES DISTRICT COURT

District of __Massachusetts__

FILED
IN CLERK'S OFFICE

2005 JAN 25 P 3:24

U.S. DISTRICT COURT
DISTRICT OF MASS

GUSTAVO LEAL GUERRA,
Plaintiff

V.

CLEANCO MAINTENANCE CORP., J.L.D.
CLEANING SERVICES, INC., ROBERT
LEONE and DEBORAH LEONE,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-12685 PBS**

TO: (Name and address of Defendant)

Robert Leone

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd S. Heyman, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this 24/n
day of January, 2005

_____
Attorney for Defendant, Robert Leone

1/14/2005

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      Date                                *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.