UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gustavo Leal Guerra
Plaintiff,
        V.                                    Civil Action Number
                                          04-12685-PBS

Cleanco Maintenance Corp., et al
Defendant.                                        March 22, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 6/30/05

Jury Trial: 8/1/05 at 9:00 a.m.

Case to be referred to Mediation program: Spring, 2005

                                                          By the Court,

                                                          /s/ Robert C. Alba
                                                          Deputy Clerk