UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BERT B. COLLINGS
S. MAGISTRATE JUDGE

JUN 1 3 2005

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

|  |  |
|---|---|
| GUSTAVO LEAL GUERRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL A. NO. 04-12685-PBS |
| ) | |
| CLEANCO MAINTENANCE CORP., ) | |
| J.L.D CLEANING SERVICES, INC. ) | |
| ROBERT LEONE, and DEBORAH J. ) | |
| LEONE, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Now come the Defendants in the above referenced civil action, and respectfully move this Honorable Court to continue the Scheduling Conference in this matter currently scheduled for June 16, 2005 until July 11, 2005 or until such date thereafter as the Court may deem just and reasonable. As grounds therefore, the Defendants state as follows:

Counsel for the Defendant, L. Richard LeClair, III, is scheduled to attend an elementary school science trip with his son on June 15, 2005 through June 16, 2005.

Plaintiff has assented to the Defendants' motion. However, counsel for Plaintiff, Todd S. Heyman, is on vacation and will not be in the country from June 24, 2005 until July 6, 2005.

WHEREFORE, the Defendants respectfully request that this Honorable Court Continue the Scheduling Conference currently scheduled for June 16, 2005 until July 11, 2005 or until such date thereafter as the Court may deem just and reasonable.

>Respectfully submitted,
>CLEANCO MAINTENANCE CORP.,
>J.L.D CLEANING SERVICES, INC.
>ROBERT LEONE, and DEBORAH J. LEONE,
>By their attorney,
>
>L. Richard LeClair, III
>LECLAIR & LECLAIR, P.C.
>135 Beaver Street, 2nd Floor
>Waltham, MA 02452
>(781) 893-5655
>BBO# 561650
>
>**ASSENTED TO:**
>
>GUSTAVO LEAL GUERRA
>By his Attorney,
>
>Todd S. Heyman (by )
>Todd S. Heyman (BBO#: 643804)
>Lara Sutherland (BBO#: 651267)
>SHAPIRO HABER & URMY LLP
>Boston, MA 02109
>(617) 439-3939

2