UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUSTAVO LEAL GUERRA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CLEANCO MAINTENANCE CORP., J.L.D. CLEANING SERVICES, INC., ROBERT LEONE, and DEBORAH LEONE,<br><br>　　　　　　Defendants. | C.A. No. 04-12685-PBS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2, Lara A. Sutherlin of Shapiro Haber & Urmy LLP hereby gives notice that she will no longer serve as counsel for Plaintiff in this action. Todd S. Heyman of Shapiro Haber & Urmy LLP will continue to represent Plaintiff in this action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/Lara S. Sutherlin**
　　　　　　　　　　　　　　　　　　Lara A. Sutherlin, BBO #651267
　　　　　　　　　　　　　　　　　　Shapiro Haber & Urmy LLP
　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　(617) 439-3939

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: June 23, 2005