# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

GUSTAVO LEAL GUERRA,
    Plaintiff,

v.

CLEANCO MAINTENANCE
CORP., ET AL,
    Defendants.

CIVIL ACTION NO:
04-12685-PBS

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    After Mediation, counsel have advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Tuesday, October 25, 2005.**

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 26, 2005

Notice to:
Todd Heyman, Esquire
L. Richard LeClair, Esquire