UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUSTAVO LEAL GUERRA<br>    PLAINTIFF,<br><br>V.<br><br>CLEANCO MAINTENANCE CORP., JLD<br>CLEANING SERVICES, INC., ROBERT<br>LEONE AND DEBORAH LEONE,<br>    DEFENDANTS. | CASE NO: 04-12685~~PBS~~<br>     RBC |

## STIPULATION OF DISMISSAL

The parties to the above entitled action, pursuant to the provisions of Rule 41, hereby stipulate that said action be dismissed with prejudice.

Notice Under Rule 77 Waived.

Dated: March 28, 2005.

| | |
|---|---|
| Respectfully submitted,<br>Gustavo Leal Guerra,<br>By his Attorneys,<br><br>_____<br>Todd S. Heyman<br>Shapiro, Haber & Urmy, LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>(617) 439-3939 | Respectfully submitted,<br>The Defendants, Cleanco Maintenance Corp.,<br>J.L.D. Cleaning Services, Inc., Robert Leone<br>and Deborah Leone, J.L.D. Cleaning Services,<br>Inc., By their Attorney,<br><br>_____<br>L. Richard LeClair, III<br>LeClair & LeClair, P.C.<br>135 Beaver Street, 2nd Floor<br>Waltham, MA 02452<br>(781) 893-5655<br>BBO# 561650 |

NOV 1 5 2005